UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM RAY BARTON,<br><br>    Petitioner,<br><br>    v.<br><br>JOSIE GASTELO,<br><br>    Respondent. | No. 2:19-cv-2126 KJM AC<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 19, 2020, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 5. Petitioner has filed a document that has been docketed as objections to the findings and recommendations. ECF No. 6.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 19, 2020, are adopted in full;

2. The petition for writ of habeas corpus (ECF No. 1) is dismissed as duplicative of *Barton v. Beddick*, No. 2:19-cv-00148 DMC, or alternatively for lack of jurisdiction;

3. The clerk of court close this case; and

4. The District Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: September 28, 2020.

CHIEF UNITED STATES DISTRICT JUDGE